LAW OFFICE OF
## JEFFREY SAMEL & PARTNERS
150 BROADWAY, 20TH FLOOR
NEW YORK, NEW YORK 10038
TEL. NO.: (212) 587-9690
FAX NO.: (212) 587-9673
www.jeffreysamel.com

August 13, 2014

United States District Judge
Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

     Re:    Audrey Tallant v. Marriott International, Inc.
              Index: 12-CV-5384 (SJ)

Honorable Justice Johnson:

     Please allow this letter to respectfully advise the Court that a settlement agreement has been reached among the parties in the amount of $75,300 with defendants Marriott International to pay $65,300 and defendants Capital Builders Group and Ambath LLC to contribute $5,000 each. As parties are working to finalize the releases, including any Medicare liens or set offs which need to be confirmed with MSPRC, we seek permission of the Court to hold in abeyance the pending deadline of August 15, 2014 for filing of dispositive motions.

     We have consulted with the requesting parties concerning this joint application and have circulated copies to all parties.

Very truly yours,

*Jeffrey Samel*
Jeffrey Samel

TO:    **GOIDEL & SIEGEL, LLP**
Attorneys for *PLAINTIFF*
56 West 45th Street, 3rd floor
New York, New York  10036
212 840-3737

**D'AMATO & LYNCH, LLP**
Attorneys for Third-Party Defendant
CAPITAL BUILDERS GROUP, INC.
Two World financial Center
New York, New York  10281
212 269-0927
File # 935-79450

*Request granted. Parties shall provide a status update to the Court by September 15, 2014 by letter.*

*So Ordered.*

*U.S.D.J.*